GEORGE W. GILBERT *v.* CIVIL SERVICE COMMISSION OF
NEW BRITAIN

The "Motion to Order a Finding Be Made by the
Trial Court" having been considered, the ruling of
the trial court that a finding is unnecessary is hereby
vacated, and it is hereby ordered that the trial court
shall make a limited finding (1) based upon its con-
sideration, on their merits, of such of the para-
graphs of the draft finding as are based upon ex-
hibits which have not been incorporated by refer-
ence in and admitted in the pleadings or in the
stipulated facts and (2) setting forth the conclusions
of the court and such claims of law as were made in
a trial brief or otherwise, in conformity with the
principles stated in cases such as *Sheldon House
Club, Inc.* v. *Branford,* 149 Conn. 28, 30, 175 A.2d
186, and *Pilon* v. *Yard,* 147 Conn. 720, 721, 158 A.2d
738.

*Harold J. Geragosian,* in support of the motion.

Submitted June 4—decided June 25, 1968

URBAN REDEVELOPMENT COMMISSION OF THE CITY OF
STAMFORD *v.* SCALZI MOTORS AND SERVICE, INC.

The motion by the defendant for review of the
order by the trial court terminating the stay of exe-
cution in the appeal from the Superior Court in
Fairfield County is denied.

*Michael A. Catalano,* in support of the motion.